ISBELL–PORTER CO. v. HEINEMAN. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by the Isbell-Porter Company against Isaac Heineman. No opinion. Motion denied, on payment of $10 costs. Order filed.

J. A. MAHLSTEDT LUMBER & COAL CO., Respondent, v. TIER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by the J. A. Mahlstedt Lumber & Coal Company against Charles A. Tier and others. No opinion. Judgment affirmed, with costs.

JARASHOW, Respondent, v. SUN PRINTING & PUBLISHING ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Israel L. Jarashow against the Sun Printing & Publishing Association. No opinion. Interlocutory judgment affirmed, with costs.

JETTER et al. v. SCALLON. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by George J. Jetter and another against John Scallon. No opinion. Application denied, with $10 costs. Order signed.

JOHNSON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 19, 1906.) Action by Louise Johnson against the city of New York and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. See 96 N. Y. Supp. 754.

JOHNSON, Respondent, v. FEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Thyra Marie Johnson against Gottlieb Fey. No opinion. Judgment and order affirmed, with costs.

JUDGE, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Appeal from Special Term, New York County. Action by Arthur J. Judge by John Keresey, as guardian ad litem, against the Interurban Street Railway Company. From an order setting aside a verdict in favor of plaintiff on the ground of inadequacy of damages, defendant appeals. Affirmed. Bayard H. Ames, for appellant. John J. Sullivan, for respondent.

PER CURIAM. The jury rendered a verdict in favor of plaintiff for $50 damages. The trial court set it aside as inadequate and granted a new trial. Plaintiff's injuries were not serious, but were somewhat substantial. Had the trial court refused to set the verdict aside, it is not certain that on appeal we would have disturbed such determination. On the other hand, the trial court having set it aside, we do not feel that we should interfere with the dispositi[on] so made. The order should therefore [be] affirmed, with costs.

In re JUDICIAL SALESROOMS. (Supren[e] Court, Appellate Division, First Departmen[t]. March 16, 1906.) In the matter of judicial sal[es] rooms. No opinion. Application denied, wi[th] leave to renew. Order filed.

In re KENNEDY'S ESTATE. (Suprem[e] Court, Appellate Division, Fourth Departmen[t]. March 28, 1906.) In the matter of the esta[te] of James Kennedy, deceased. No opinion. D[e]cision and order amended, by striking out t[he] words "$10 costs and disbursements," and i[n]serting in place thereof the words "witho[ut] costs of this appeal to either party."

KERVAN et al. v. MORISON. (Supren[e] Court, Appellate Division, Second Departmen[t]. March 16, 1906.) Action by Matthew C. K[er]van and others against Andrew P. Moris[on] and Frank Thorn. No opinion. Order a[f]firmed, with $10 costs and disbursements.

KESSELMAN, Respondent, v. REISS, A[p]pellant. (Supreme Court, Appellate Divisi[on] Second Department. March 2, 1906.) Acti[on] by William Kesselman against Emma Rei[ss]. No opinion. Judgment of the Municipal Cou[rt] affirmed, with costs.

KNICKERBOCKER TRUST CO. v. ON[E]ONTA, C. & R. S. RY. CO. et al. (Supre[me] Court, Appellate Division, Third Departme[nt]. March 12, 1906.) Action by the Knickerbock[er] Trust Company against the Oneonta, Cooper[s]town & Richfield Springs Railway Compa[ny] and others. No opinion. Motion to dismiss a[p]peal from judgment granted, with $10 cos[ts]. Motion to dismiss appeal from order grant[ed] with $10 costs.

KOHM, Appellant, v. INTERBOROUG[H] RAPID TRANSIT CO., Respondent. (S[u]preme Court, Appellate Division, First D[e]partment. February 23, 1906.) Action by [s]Emily Kohm, as administratrix, against t[he] Interborough Rapid Transit Company. [J.] Steckler, for appellant. J. F. McIntyre, for [re]spondent.

PER CURIAM. Judgment affirmed, w[ith] costs. Order filed.

LAUGHLIN, J., dissents.

KOSTER, Appellant, v. COYNE, Mayor, [et] al., Respondents. (Supreme Court, Appell[ate] Division, Second Department. March 2, 190[6]) Action by Henry Koster, a taxpayer of t[he] city of Yonkers, against John H. Coyne, [as] mayor, etc., and others. No opinion. Moti[on] granted.